UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, et al., <br><br> Defendants. | Civil Action No. 23-0926 (SLS) |

## NOTICE

Pursuant to the Court's January 29, 2026 and February 5, 2026 minute orders, Defendants the Department of Health and Human Services and its component the National Institutes of Health, respectfully submit the attached information regarding their segregability analysis. As explained in the attached declaration of Karen Lampe, Defendants reprocessed various documents to address the Court's concerns regarding segregability. Lampe Decl. ¶¶ 5-6. Those reprocessed pages have been produced to Plaintiff. The still contested redactions are attached as Exhibit A to Lampe's declaration. Exhibit B of Lampe's declaration is a supplemental *Vaughn* Index itemizing both the redactions that remain in dispute and those that Defendants have removed in the reprocessed production.

\*　　\*　　\*

- 2 -

Dated: February 12, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____/s/ John J. Bardo_____
     JOHN J. BARDO, D.C. BAR #1655534
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 870-6770

*Attorneys for the United States of America*