**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| INFORMED CONSENT ACTION NETWORK., *Plaintiff*, v. NATIONAL INSTITUTES OF HEALTH, *Defendant*. | Civil Action No. 23-926 |

**DECLARATION OF KAREN LAMPE**

I, Karen Lampe, declare as follows:

1.       I am the acting Freedom of Information Act ("FOIA") Officer, National Institutes of Health ("NIH"), U.S. Department of Health and Human Services ("HHS" or the "Department"). I have held this position with NIH since August 31, 2025.

2.       Prior to assuming that role, I served four years as team lead for the litigation team, managing all NIH'S FOIA litigations.

3.       My duties include responding to requests for NIH records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  These duties include managing searches for NIH records in response to FOIA requests, providing guidance to NIH record custodians or personnel regarding these searches, and determining whether to release or withhold records or portions of records in accordance with FOIA and the HHS regulations implementing FOIA.

4.       This is the second NIH FOIA Officer's Declaration in this case.  It incorporates and supplements Gorka Garcia-Malene's Declaration dated June 16, 2025 (ECF No. 29-2).  I make the

statements herein on the basis of personal knowledge, as well as on information acquired by me in the course of performing my official duties.

5.      I submit this declaration to accompany a copy of the still contested redacted records with each redaction numbered attached as Exhibit A and a chart identifying the redacted information by number attached as Exhibit B.

6.      Over the course of preparing this declaration and exhibits, NIH identified certain additional information that could be released and that is also identified in the chart.

7.      Having reviewed this information again no further segregability is possible.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Karen Lampe

Executed this 12th day of February 2026.